# KORDE & ASSOCIATES, P.C.

Counselors at Law
321 Billerica Road, Suite 210
Chelmsford, Massachusetts 01824-4100
Attorneys Licensed in MA, NH, NY and RI

August 7, 2015

**Certified Article Number**

9414 7266 9904 2047 1534 54

**SENDERS RECORD**

Stephen A. Ziolkowski
9-11 Lafayette Street
Quincy, MA 02169

RE: NOTICE OF DEFAULT
Property Address: 9-11 Lafayette Street, Quincy, MA 02169
Our File No. 09-054536

Dear Sir/Madam:

THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Please be advised that this firm has been instructed by Nationstar Mortgage LLC as servicer for Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-5 to commence foreclosure proceedings on the above-entitled premises for breach of the covenants of the mortgage of Stephen A. Ziolkowski to Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for America's Wholesale Lender dated April 5, 2006 in the original principal amount of $390,000.00 recorded at Norfolk County Registry of Deeds in Book 23559, Page 227, which mortgage secures a Note of Stephen A. Ziolkowski to America's Wholesale Lender of same date and original principal amount.

Specifically, the aforesaid Note and Mortgage are in default as payments of principal and/or interest have not been made in accordance with the terms and conditions of the Note and Mortgage. Your loan is in default for the May 1, 2009 payment and all the payments due each month thereafter, as provided in said Note. The amount required to cure the arrears as of August 7, 2015 is $223,190.33 (arrearage). DEMAND is hereby made against you to cure this default within 30 days from the date of this letter. In addition, you are hereby notified that to cure such default you are required to pay this arrearage amount plus any payments and late charges that may become due between the date of this letter and September 6, 2015. The necessary amount must be received in certified funds.

You are advised that unless the arrearage is received by Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-5, **c/o Korde & Associates, P.C., 321 Billerica Road, Suite 210, Chelmsford, MA 01824-4100** within thirty (30) days of this date Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-5 aforesaid may accelerate the payment of all sums secured by the aforesaid mortgage and may exercise all rights as set forth under the power of sale contained in said mortgage. Please be advised that you have the right to reinstate after acceleration of the debt by Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-5 and you have the right to bring a court action to assert the non-existence of a default or any other defense which you have to the acceleration and the sale of the mortgaged premises.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If, within the thirty-day period, you notify this office in writing that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail a copy of such verification to you. If requested within 30 days of receipt of this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.**

Please give this your immediate attention.

Very truly yours,

Laura Cross
LC/wj

Telephone (978) 256-1500   Fax (978) 256-7615
Website: www.kordeassoc.com

09-054536 / FC01