

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Cooper
Attn: Customer Rel.
P.O. Box 619098
Dallas TX 75261-9741

9590 9402 3934 8060 3250 23

2. Article Number (Transfer from service label)

7009 1410 0001 6773 3810

PS Form 3811, July 2015 PSN 7530-02-000-9053

Riolkowski - DOE   Domestic Return Re...

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Marvin Paz
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Marvin Paz   11 - 8 - 2018

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery