UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN ZIOLKOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER, AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br><br>    Defendants. | Civil Action No. 1:19-cv-10011-PBS |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Stephen Ziolkowsi ("Plaintiff") and Defendants Nationstar Mortgage, LLC d/b/a Mr. Cooper and Deutsche Bank National Trust Company, as Trustee for Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-5 (collectively, "Defendants") hereby stipulate and agree as follows:

1.     That Plaintiff's Complaint is hereby dismissed with prejudice, with each party bearing its own legal fees and costs;

2.     Each party will bear its own legal fees and costs; and

3.     That all rights of appeal are hereby waived.

1

| | |
|---|---|
| Respectfully submitted,<br>STEPHEN ZIOLKOWSKI,<br>By his attorneys, | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br>By their attorney, |
| /s/ Josef C. Culik<br>Josef C. Culik, Esq. (BBO No. 672665)<br>Kristin L. Thurbide, Esq. (BBO No. 694840)<br>CULIK LAW PC<br>101 Federal Street, Suite 1900<br>Boston, MA 02110<br>Tel:    (617) 830-1795<br>Fax:   (617) 830-1576 (Fax)<br>Email: jculik@culiklaw.com<br>            kthurbide@culiklaw.com | /s/ Meredith A. Swisher<br>Meredith A. Swisher, Esq. (BBO No. 646866)<br>BERNKOPF GOODMAN LLP<br>Two Seaport Lane, 9th Floor<br>Boston, MA  02210<br>Tel:    (617) 790-3000<br>Fax:   (617) 790-3300<br>Email: mswisher@bg-llp.com |

Brian R. Goodwin, Esq. (BBO No. 657251)
Goodwin Law Firm
One East Main Street, 10th Floor
Rochester, New York 14614
Tel:    (585) 353-7084
Fax:   (888) 395-7296
Email: Brian.GoodwinLaw@gmail.com

Date:  December 20, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) or sent by first-class mail to any persons presently indicated as non-registered participants on this date.

Signed this 20th day of December, 2019.

      /s/ Meredith A. Swisher
      Meredith A. Swisher

868772 v1/38755/434